**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Eric LOPEZ–SALAS, Defendant–Appellant.**

**No. 13–50343.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 25, 2014.*

Filed Sept. 2, 2014.

Jean–Claude Andre, Assistant U.S., Nancy Spiegel, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Anthony M. Solis, Anthony M. Solis, APLC, Los Angeles, CA, for Defendant–Appellant.

Before: O'SCANNLAIN and RAWLINSON, Circuit Judges, and RAKOFF, Senior District Judge.**

## MEMORANDUM ***

Eric Lopez–Salas appeals the sentence imposed by the district court, following his guilty plea to making a false statement within the jurisdiction of the federal government, in violation of 18 U.S.C. § 1001. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** The Honorable Jed S. Rakoff, Senior District Judge for the United States District Court for

The district court did not clearly err in finding that the uncharged acts of fraud constituted relevant conduct for the purpose of calculating the offense level, because the charged conduct and uncharged acts of fraud were part of a common scheme connected by a common purpose and featuring the same actors. See United States v. Tulaner, 512 F.3d 576, 578–79 (9th Cir.2008).

**AFFIRMED.**

---

the Southern District of New York, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.